MAX G. NIMAN, Appellant, v. NATIONAL FOUNDRY CO. OF NEW YORK, INC., Respondent, and ISAAC GREENBLATT, Defendant.— In an action for a declaratory judgment, order denying motion to vacate notice of appearance served on behalf of National Foundry Co. of New York, Inc., affirmed, without costs. In view of the affirmance of the order in *Niman* v. *National Foundry Co. of New York, Inc.* (*post*, p. 1100), decided herewith, the order herein is affirmed since the only matters to be attended to by the attorneys for the defendant National Foundry Co. of New York, Inc., are matters of procedure. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

MAX G. NIMAN, Appellant, v. NATIONAL FOUNDRY CO. OF NEW YORK, INC., and ISAAC GREENBLATT, Respondents.— In an action for a declaratory judgment, orders dismissing the complaint on the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

JOHN J. PICKERING, Respondent, v. HEMPSTEAD BUS CORPORATION, Appellant. — Action to recover damages for personal injuries and property damage resulting from the collision of plaintiff's taxicab and defendant's bus. Judgment of the County Court, Nassau County, in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM M. DITCHIK, Appellant.— Judgment convicting defendant of the crimes of conspiracy, attempted bribery, and extortion, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.